IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAURA FRANKLIN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-103-WKW ) |
| NATIONAL GENERAL ASSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the court is Plaintiff Miguel Gutierrez's response to the Order to show cause why Count IV should not be dismissed in light of the Alabama Supreme Court's affirmance of the underlying judgment. (Doc. # 33; *see also* Doc. # 32.) Based upon Plaintiff's consent to dismissal, it is ORDERED that Count IV of the Complaint is DISMISSED.

It is further ORDERED that Defendant's motion to dismiss Count IV for lack of subject matter jurisdiction or, in the alternative, motion for abstention (Doc. # 21) is DENIED as moot.

DONE this 1st day of October, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE