IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| LAURA FRANKLIN, individually, ) | |
| and MIGUEL GUTIERREZ, ) | |
| Individually, ) | |
|     Plaintiffs ) | |
| v. ) | Civil Action Number: |
| ) | 2:13-CV-103-WKW |
| NATIONAL GENERAL ) | |
| ASSURANCE COMPANY, ) | |
| a Corporation, ) | |
|     Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL**

COME NOW Plaintiffs, Laura Franklin and Miguel Gutierrez, and Defendant National General Assurance Company, parties in the above referenced matter, by and through their undersigned counsel of record, and move this Court by joint stipulation to dismiss this action with prejudice, costs taxed as paid.

Respectfully submitted, this 3rd day of March, 2015.

Respectfully submitted,

*/s/JULIE D. PEARCE*
Ralph D. Gaines, III (asb-6605-n69r)
Julie D. Pearce (asb-9946-c35j)
Attorneys for Defendant
National General Assurance Company

1

**OF COUNSEL:**
GAINES GAULT HENDRIX, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama 35243
(205) 980-5888 phone
(205) 980-1098 fax
rgaines@ggh-law.com
jpearce@ggh-law.com

/s/KEITH T. BELT, JR.
Keith T. Belt, Jr.
Robert Page Bruner
Attorneys for Plaintiff
Miguel Gutierrez

**OF COUNSEL:**
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
(205) 933-1500 phone
keithb@beltlawfirm.com

/s/KENNETH W. HOOKS
Kenneth Hooks
One of the Attorneys for Plaintiff
Laura Franklin

**OF COUNSEL:**
HOOKS LAW FIRM, LLC
2031 2nd Avenue North
Birmingham, AL 35203
(205) 907-907-9161 phone

/s/GEORGE B. AZAR
George B. Azar
One of the Attorneys for Plaintiff
Laura Franklin

**OF COUNSEL:**
AZAR & AZAR, LLC
4276 Lomac Street
Montgomery, Alabama 36106
(334) 265-8551 phone